UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| WINSTON BENSON, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 4:13-cv-01025-MHH-HGD |
| ) | |
| LEEPOSEY DANIELS, Warden, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

**MEMORANDUM OPINION**

On July 8, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Petitioner was granted an extension of time to September 20, 2013, in which to file objections; however, petitioner has not filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the Court hereby **ADOPTS** the report of the magistrate judge. The Court further **ACCEPTS** the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE and ORDERED this 29th day of October, 2013.

_____
MADELINE HUGHES HAIKALA
U.S. MAGISTRATE JUDGE