UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| WINSTON BENSON, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 4:13-cv-01025-MHH-HGD |
| ) | |
| LEEPOSEY DANIELS, Warden, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action is due to be and hereby is DENIED and this action DISMISSED WITH PREJUDICE.

DONE and ORDERED this 29th day of October, 2013.

MADELINE HUGHES HAIKALA
U.S. MAGISTRATE JUDGE